## COHEN, FRANKEL & RUGGIERO, LLP
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
JACOB REICHMAN

35-07 90th STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718)898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

June 27, 2019

**VIA ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     ***United States v. William Polanco***
        **18 CR 00434-07 (JGK)**

Dear Judge Koeltl:

Please recall that I represent Mr. William Polanco in his defense of the above-referenced matter. Mr. Polanco is scheduled to be sentenced by Your Honor on July 12, 2019, at 4:00 p.m. For the reasons set forth herein, Mr. Polanco will respectfully request that Your Honor sentence him, by way of variance, to one year and one day of imprisonment with three years' supervised release that includes a specific condition of home detention for a period of sixteen months and significant vocational training and college-level educational coursework. Mr. Polanco will also request that Your Honor not impose a fine. Mr. Polanco will also request that he and co-defendant Albanelly Ramirez be permitted to serve any custodial sentences imposed on them at staggered times to enable at least one of them to care for their special-needs children.

## I.     THE CONDUCT AT BAR

Mr. Polanco was arrested on May 17, 2018, and released the same day by Magistrate Judge Barbara Moses on a $250,000.00 personal recognizance bond. He has been in full compliance with the conditions of his release (PSR ¶ 9). Mr. Polanco, his paramour Albanelly Ramirez, and other co-defendants, were indicted and charged with: (1) conspiring between May 2012 and September 2017 to steal over $1,000.00 from the Internal Revenue Service ("IRS") in violation of 18 U.S.C. § 641 and 18 U.S.C. § 371; (2) wrongfully obtaining United States Treasury Checks issued in the names of others that were sold, deposited or cashed without authorization in violation of 18 U.S.C. § 641; (3) conspiring to commit bank fraud from May 2012 to September 2017 in violation of 18 U.S.C. § 1344 and 18 U.S.C § 1349; (4) depositing and aiding and abetting the cashing and depositing of wrongfully obtained checks into bank accounts at financial institutions in violation of 18 U.S.C. § 1344; and (5) aiding and abetting the use of the names, signatures, addresses, dates of birth, Social Security Numbers and

The Honorable John G. Koeltl
June 27, 2019
Page 2 of 7

Driver's License Numbers of other individuals in connection with the offenses charged in Counts
Two, Three and Four of the indictment in violation of 18 U.S.C. § 1028A(a)(1) and 18 U.S.C. §
1028A(b).

On February 4, 2019, Mr. Polanco appeared before Your Honor and, pursuant to a
plea agreement dated January 18, 2019, pleaded guilty to Count Two of the indictment: the theft
of government funds in violation of 18 U.S.C. § 641. Mr. Polanco allocated that he accepted
responsibility for obtaining and cashing stolen Treasury Checks with a value of $1,308,976.09,
which he knew were generated from the filing of fraudulent federal income tax returns. As part
of his plea agreement, Mr. Polanco agreed to joint and several restitution and to pay forfeiture in
the amount of $1,308,976.09.

## II.    UNITED STATES SENTENCING GUIDELINE ANALYSIS

The parties and the United States Probation Department (Probation) are in accord with
respect to the United States Sentencing Guidelines (U.S.S.G.) calculation in this matter which
results in a total offense level of nineteen and a Criminal History Category of I. Based on this
calculation the U.S.S.G.-recommended range for a sentence of imprisonment is 30 to 37 months
and the applicable fine range is between $10,000 to $100,000. U.S.S.G. § 5E1.2. It is respectfully
requested that Your Honor consider adopting the U.S.S.G. calculation of the parties and
Probation in its entirety.

Mr. Polanco has one prior criminal conviction. He was laid off from his employment with
the New York City Department of Mental Health and Hygiene Office after the September 11,
2001, attacks resulted in the loss of funding for his position. Following his layoff, Mr. Polanco
tried to withdraw funds from his Municipal Credit Union account through an ATM and
discovered that the machine was dispensing amounts greater than his requested withdrawal
amount. In total, Mr. Polanco withdrew $6,473.00 more than he actually had in his account (PSR
¶ 48). Mr. Polanco has explained that when he discovered he could make unauthorized
withdrawals at a time that he had lost his job, he was not able to overcome the temptation to take
more funds than he was entitled to. For that case, on March 11, 2004, Mr. Polanco pleaded guilty
in New York State Supreme Court to Grand Larceny in the Third Degree and was sentenced to a
conditional discharge that was completed without incident. As a result of this conviction, Mr.
Polanco has one criminal history point, placing him in Criminal History Category I.

## III.   REQUEST FOR A NON-GUIDELINES SENTENCE

Pursuant to the statutory factors delineated in 18 U.S.C. § 3553(a), Mr. Polanco will
respectfully request that Your Honor impose one year and one day of imprisonment with a term
of three years' supervised release that includes a specific condition of home detention for a
period of sixteen months and significant vocational training and college-level educational
coursework. Such a sentence would allow Mr. Polanco to help care for his family's needs and
could enable Mr. Polanco to find higher wage employment allowing him to both pay the
significant restitution (and forfeiture) he owes while also supporting his children who will live

The Honorable John G. Koeltl
June 27, 2019
Page 3 of 7

with life-long disabilities and significant special needs. The defense submits that 18 U.S.C. § 3553(a) permits Your Honor to impose the requested sentence and that the requested sentence adequately considers the nature of the offense, the history and characteristics of the defendant, the need to provide adequate general and specific deterrence in imposing a sentence on him and the need to avoid unwarranted sentence disparities among similarly situated defendants.

Williams Polanco[1] was born on January 24, 1977, in Santo Domingo, Dominican Republic, to Luis Concepcion Polanco and Alida Polanco, now ages 66 and 63, respectively, who are retired and live in the Bronx, New York (PSR ¶ 55). Mr. Polanco has a close relationship with his parents and multiple siblings, all of whom are aware of his arrest and continue to support him through the progress of this case (PSR ¶ 56).

Mr. Polanco's family immigrated to the United States when he was thirteen years old. During his Pre-Sentence Report ("PSR") interview, Mr. Polanco grew emotional when he described his childhood in the Dominican Republic. He had a "very poor" upbringing and never "ate right." Generally, he was raised under "bad conditions" in a home without running water and electricity (PSR ¶ 57). Upon his arrival in the United States, Mr. Polanco started working part-time at age fourteen to help his family get by. Times were difficult for a family that had just arrived in an unfamiliar country and had trouble assimilating because of language and cultural barriers.

Mr. Polanco's sisters wrote the enclosed letters to Your Honor describing how important Mr. Polanco's support was to their family during that difficult time:

His sister, Alicia Polanco, wrote in her letter:

…all the time my brother has been a good responsible person with his family and his children ever since he started working from the age of 14 in a part time [job] to help at home. Since then he has worked helping me with my other sister and my aunts. He has always respected everyone, all friends love him, he is very loved by all of us and his children adore him and love him. Financially he has always been there to help. Especially the older son he raised him and educated him along with my mom when he was only 3 years old. I love and adore my brother for the beautiful person that he is and his good values.

His sister, Iberca Polanco, wrote in her letter:

My brother is the youngest of 4 siblings. He is always being a very hard and honest worker all his life, as well as one of the best fathers I know. We all arrived to NYC, as we migrated from the Dominican Republic, looking for all of the American dream, [to] have a better and productive life. He started working at a young age due to the economic situation we were in. Growing up he was [ ] very active, with our family which is very

---

[1] Mr. Polanco is referred to as "William" Polanco in the title of the case. However, his birth name is Williams.

The Honorable John G. Koeltl
June 27, 2019
Page 4 of 7

closed and humbled. William has been very outgoing, responsible and [a] great man with all of us. My Family and I are so deeply and truly sorry this incident has put him in a very sad place. We are flabbergasted. With that being said, William's life has been defined for becoming an outstanding man and father. Also, he is the main support for his family including his special baby [ .]x We kindly ask this court to look at his lifetime definition of character.

Mr. Polanco has five children ranging in age from two to 22. His eldest son, Jason Paredes, age 22, works as a maintenance worker and lives with Mr. Polanco's mother. Jason Paredes's mother was deported to the Dominican Republic when he was three years old, and since then he has been raised by Mr. Polanco and his own grandmother. Mr. Polanco again became emotional when he explained the stress of raising Mr. Paredes as a single parent, and said that Mr. Paredes "turned out well," partly as a result of Mr. Polanco making the difficult choice of leaving college to support his son. In his enclosed letter to Your Honor, Mr. Paredes wrote:

...for as long as [I've] known my father he has always been the one person who has taken care of me and my brothers throughout my entire life. He[']s hard working[,] [] fun, fair and very caring and understanding of his children. I would[']ve never been the man [I] am today if he wasn[']t always there to make sure [I] was always on the right track. Even while my mother wasn[']t around for me he always made sure I had everything [I] needed from school books to clothes and [I] hope to one day be as hardworking as he is. In addition he[']s even been very persistent in making sure that I reunite with my mother more than anything else.

Mr. Polanco's second eldest son, William Polanco Jr., age eighteen, works at Chipotle and lives with his own mother, Reina Marte, in Manhattan. In her enclosed letter to Your Honor, Ms. Marte wrote:

[Mr. Polanco] is a great representation of a positive role model to my son William Polanco Jr. He shows a tremendous amount of care and parental guid[a]nce, for example in times of need...he would provide my son with food, money, or other resour[ce]ful supplies, He would also take our son on strolls to school, home and even take him on rides to spend some quality father/son time.

Finally, Mr. Polanco's sixteen-year-old son lives with his mother, Carol Sepulveda, in the Bronx, New York (PSR ¶ 60). In her enclosed letter to Your Honor, Ms. Sepulveda wrote: "...[Mr. Polanco] is very responsible and very respectful...all his life all he does is provide for his children in every way possible... he is always there financially for my child an[d] all his other children..."

Mr. Polanco and his paramour of ten years, co-defendant Albanelly Ramirez, have two children together, ages five and two. Additionally, Ms. Ramirez has a fifteen-year-old child from a previous relationship, that Mr. Polanco has helped to raise as his own. All three children live with Mr. Polanco and Ms. Ramirez (PSR ¶ 57).

The Honorable John G. Koeltl
June 27, 2019
Page 5 of 7

Unfortunately, both their two-year-old son and Ms. Ramirez's fifteen-year-old son suffer from serious disabilities that have affected their development and placed tremendous financial and emotional strain on Mr. Polanco and his family. The youngest suffers from Down Syndrome, epilepsy, heart issues and hearing loss in one ear (see enclosed medical documents) (PSR ¶ 59). Medical evaluators have expressed concern over his failure to speak or walk (see enclosed documentation). As a result, Mr. Polanco and Ms. Ramirez have dedicated countless hours to his treatment and the participation of his family in his care is very important.

Ms. Ramirez's son has been diagnosed with autism and attends special education classes. She receives a total of $1,481.00 per month in Social Security benefits due to her sons' medical conditions (PSR¶ 59). Despite this disability assistance from Social Security, the time and money required of Mr. Polanco and Ms. Ramirez to properly care for the children suffering from these conditions are immense and have, unfortunately, out-paced their ability to earn a sufficient wage. Probation acknowledged that "it has been an extreme strain on [Mr. Polanco] and Ms. Ramirez caring for their child" and "we do not dismiss the difficulties of raising a special needs child" (PSR at p. 23). Mr. Polanco has explained that these difficulties were only exacerbated because his family has not had steady access to health insurance, and that his motive to commit the offense at bar was the stress and fear that his family would face financial ruin and the loss of their home.

Mr. Polanco's work history illustrates that he has consistently attempted to support his family while employed in low-paying jobs. From 1994 to 1996, while he was still in high school, Mr. Polanco worked at a C-Town Supermarket. Mr. Polanco's longest-tenured job was with the New York Department of Health from 1996 to 2001 where, Mr. Polanco explained, he enjoyed working because it enabled him to provide services to families that his own family did not have access to when he was growing up (PSR ¶ 79). As previously mentioned, Mr. Polanco was laid-off after the attacks on September 11, 2001.

From 2002 through 2004, Mr. Polanco worked at Giovanni's Pizza in the Bronx, New York (PSR ¶ 78). From 2005 to 2008, Mr. Polanco drove a school bus for Uptown Athletic Club in Manhattan (PSR ¶ 77). At the same time, he worked at Access-a-ride, driving disabled individuals to hospitals. Mr. Polanco recalls his time at Access-a-ride fondly and explained that the job increased his interest in health care, specifically caring for disabled individuals.

As Mr. Polanco's familial obligations grew, he took multiple temporary and/or part-time jobs concurrently in an effort to try to support his children. In 2016, Mr. Polanco delivered furniture for a company named "APY." In 2017 and 2018, Mr. Polanco worked for Bay Personnel in a clothing factory. In 2017, Mr. Polanco also was a maintenance worker for LH Repair, an auto-body shop in the Bronx, New York. In 2018, Mr. Polanco worked for Total Work Force Management group as a factory floor employee (PSR ¶ 75).

Mr. Polanco's co-worker at Bay Personnel, Greisy Martires, wrote the enclosed letter to Your Honor attesting to Mr. Polanco's generous nature and hard work:

Since the time we worked together for about four years, William Polanco has never had

The Honorable John G. Koeltl
June 27, 2019
Page 6 of 7

any problems with anyone, always doing his work, always helping others, and new
employees, never complains about work for which we have became friends outside of
work because of his personality of helping others. I have noticed more about his
personality and he is not a violent or problematic person and he always lives proudly
talking about his children. I admire him a lot as a person and I am grateful because
sometimes I do not have money for the bus and [he] lends me [money] for the bus.

While under the supervision of the Pre-trial Services Agency in this matter, Mr. Polanco
found gainful employment as a FedEx delivery driver shortly after his arrest. Unfortunately, on
November 5, 2018, he was seriously injured when he was struck by a vehicle while a pedestrian
in the course of his employment. After visiting a hospital the next day, Mr. Polanco sought
follow-up care at CityMed in the Bronx, New York. In the enclosed letter dated November 13,
2018, CityMed found Mr. Polanco to be in too much pain to return to work. He has not worked
since the accident. He has suffered through severe back and shoulder pain and has difficulty
walking. After undergoing MRI examinations for his lower back and shoulder, Mr. Polanco was
diagnosed with tendinosis of the supraspinatus and infraspinatus tendon, fluid around the biceps
tendon within its groove and an anterior labral tear (see enclosed medical records). I enclosed a
letter from CityMed regarding a shoulder surgery scheduled for June 26, 2019. Subsequently, I
confirmed with CityMed that Mr. Polanco's shoulder surgery is now rescheduled for July 2,
2019. Mr. Polanco has advised me that he may also require back surgery in the near future.

As demonstrated by the above letters, Mr. Polanco is a dedicated family man and hard
worker who has ceaselessly attempted to provide for his family. Despite having an impoverished
childhood, Mr. Polanco has labored admirably to give all of his children a better upbringing than
he had. Mr. Polanco has succeeded in this goal by providing his children with a loving
environment and has dedicated his time and energy to ensure that he is attentive to their special
health and developmental needs. Mr. Polanco's passion for health care is not surprising given his
first-hand experience at home and at work.

During my many meetings with Mr. Polanco, he has lamented the decision he made to
commit this serious crime and he regrets his decision enormously. He made a rare statement of
responsibility to Probation expressing his feelings about his conduct. Mr. Polanco acknowledged
that no one forced him to commit the offense at bar and his sorrow for his actions and their
effects. He apologized for any "damage he caused any person or family." He explained that he
committed the instant offense without thinking of the consequences for others and that he
understands and accepts that he is facing punishment (PSR ¶ 31). In my discussions with Mr.
Polanco, he indicated that his personal share of the profit from the total loss of the victims was
25%, shared together with his paramour Albanelly Ramirez. Once he illegally cashed a check,
Mr. Polanco kept his share of the proceeds and paid the remaining balance to the individual who
gave the check to him. Mr. Polanco understood that the distribution of the funds would be made
to other co-conspirators, including those responsible for the generation of the false tax return and
those responsible for the theft of the check. Mr. Polanco indicated that he used his share of the
profits from his crime for family and personal expenses.

When given the opportunity, Mr. Polanco has demonstrated a capacity for self-

The Honorable John G. Koeltl
June 27, 2019
Page 7 of 7

improvement through education. Despite failing to graduate from high school because of his work obligations, Mr. Polanco proudly obtained a GED degree in 1995. Thereafter, he sought to obtain a college degree by attending the Borough of Manhattan Community College for four semesters between 1997 and 1999 (PSR ¶ 72). Unfortunately, Mr. Polanco felt pressured to leave college so that he could earn money to support his then-one-year-old son as a single father. Throughout his life, Mr. Polanco has put his own ambitions on hold to better support the people he cares about. Mr. Polanco has expressed his desire take courses to bolster his knowledge and live out his dream.

Mr. Polanco has a very minimal criminal history, with no history of violence, and his employment record shows that, for the vast majority of his life, he has attempted to support his family through his legal employment, though it has been a struggle. Probation recognizes Mr. Polanco's "minimal criminal history record and his family ties and responsibilities" as factors to consider in Mr. Polanco's sentencing (PSR ¶ 105).

It is respectfully submitted that the need for specific deterrence is low in Mr. Polanco's case — he never again wants to put his family through the suffering that will be caused by his criminal misconduct and future incarceration. Additionally, it is respectfully submitted that Mr. Polanco has never before been imprisoned so a custodial sentence of one year and one day is sufficient, but not greater than necessary, to provide specific deterrence.

## IV.    CONCLUSION

In light of the above, it is respectfully submitted that the goals and objectives of 18 U.S.C. § 3553(a) would be met by sentencing Mr. Polanco, by way of variance, to one year and one day of imprisonment with three years' supervised release that includes specific conditions of home detention for a period of sixteen months and significant vocational training and college level courses. This sentence would sufficiently promote respect for justice and provide general deterrence to the public, in light of Mr. Polanco's serious offense, but it would also sufficiently account for the unique circumstances of Mr. Polanco's conduct and his low need for additional specific deterrence. Mr. Polanco will also request that Your Honor not impose a fine. Mr. Polanco will finally request that he and co-defendant Albanelly Ramirez be permitted to serve any custodial sentences imposed on them at staggered times to enable at least one of them to care for their special-needs children.

Respectfully submitted,

Mark I. Cohen, Esq.

MIC/jsr
cc:    A.U.S.A. Jacob Fiddelman (Via ECF)(unredacted copy by electronic mail)
       Mr. William Polanco (Via First Class Mail)

Alicia J. Polanco Letter

    Hello my name is Alicia Josefina Polanco sister of William A. Polanco, all the time my brother has been a good responsible person with his family and his children ever since he started working from the age of 14 in a part time to help at home.  Since then he has worked helping me with my other sister and my aunts. He has always respected everyone, all friends love him, he is very loved by all of us and his children adore him and love him.  Financially he has always been there to help. Especially the older son he raised him and educated him along with my mom when he was only 3 years old.  I love and adore my brother for the beautiful person that he is and his good values.

Attn

Alicia J. Polanco

June 19, 2019

To: U S Dept. Of Justice

Re: William A Polanco

In the following I would like to express my sincere, and honest testimony about our brother, William.

My brother is the youngest of 4 siblings. He is always being a very hard and honest worker all his life, as well as one the best fathers I know.

We all arrived to NYC, as we migrated from the Dominican Republic, looking for all of the American dream, have a better and productive life.

He started working at a young age due to the economic situation we were in.

Growing up he was a very active, with our family which is very closed and humbled.

William has been very outgoing, responsible and great man with all of us.

My Family and I are so deeply and truly sorry this incident has put him in a very sad place.

We are flabbergasted.

With that being said, William's life has been defined for becoming an outstanding man and father. Also, he is the main support for his family including his special baby, A█████

We kindly ask this court to look at his lifetime definition of character.


Our most sincere gratitude for allowing us to describe our brother


Sincerely

Iberca Polanco

Sister

Hello my name is Jason paredes , the eldest son of William polanco and i am writing this letter to say that for as long as ive known my father he has always been the one person who has taken care of me and my brothers throughout my entire life. Hes hard working ,fun,fair and very caring and understanding of his children. I wouldve never been the man i am today if he wasnt always there to make sure i was always on the right track. Even while my mother wasnt around for me he always made sure I had everything i needed from school books to clothes and i hope to one day be as hardworking as he is. In addition hes even been very persistent in making sure that I reunite with my mother more than anything else. He visits therapy daily and has been fully compliant with the law.The only thing he seeks is to live his life in peace with his family.

6/13/19

To Whom it may concern,

The father of my child William Polanco Sr.
is a great representation of a positive Role model
to my son William Polanco Jr. He shows a tremendous
amount of care and parental guidence, for example
in times of need or in arbitrary forms he would provide
my son with food, money, or other resoursful supplies, He
would also take our son on strolls to school, home,
and even take him on rides to spend some quality
father/son time.

Sincerely,
Reina Marte

carol sepulveda letter

hy my name is carol sepulveda mother of williams polanco
son j█████ p████████ im writing this letter to let the
honorable judge john koetl that the father of my son
j█████ is very responsible and very respectful person that
all his life all he does is provide for his children in
every way possible from working as pizza delivery many
years ago to working in accessaride driver helping
disable people going to hospital for their appointment.he
is always there financially for my child an all his other
children is going to be very tough for me and his
children to be supported he al ways provide financially
for food and clothes for al his children. i just want
judge koetl to please consider every aspect of williams
life and how much of us depend on him physically
financially mentally thanks

                        CAROL SEPULEDA

Page 1



# City Pro Group, Inc.

### Early Intervention Agency

2625 East 14th Street, Suite 200
Brooklyn, NY 11235

329 East 149th Street
Bronx, NY 10451

Phone (718) 769-2698
Fax    (718) 769-2317

January 3, 2019

To Whom It May Concern

**Re: APR**
**D.O.B.:** ████2017
**EI#:** 472654

Dear Sir, or Madam,

My name is Regis Salomon-Ramos.  I am the assigned service coordinator from City Pro Group for A████ P█████ R█████, residing at ███████████████████ Bronx, NY ████. He was born with Down Syndrome and he was diagnosed with Epilepsy.

At this time there is substantial, and significant, observable findings of the Early Intervention Multidisciplinary Development Evaluations to suggest that A████ qualifies for Early Intervention services. He is receiving Special Instructions 1x60 per week, Physical Therapy 2x30 weekly,  and Occupational Therapy 2x30 per week. These therapy services are provided at home. The participation and follow up of his family is very important; in his case his mother Ms. Albanelly Ramirez is the one in charge of carrying over the techniques and exercises from the therapy providers to practice with A████ in a daily basis.

Sincerely,

Regis Salomon-Ramos,
**Ongoing** Service Coordinator



*All About Development, LLC*
*68-60 Austin Street Suite 306*
*Forest Hills, NY 11375*

fisted hands on the table while sitting on his mother's laps. He maintained his head stationary while perceiving a rattle when on his back. A▮▮ disregarded his hands when evaluator moved A▮▮ hands in front of his face. A▮▮ did not track a colorful ball from right to left and left to right while the evaluator rolled the ball on the table from right to left and left to right.

**Self-help**: A▮▮ self-help skills are significantly delayed based on DAYC-2 standardized test. Based on the assessment and parent interview, A▮▮ likes to bathe and he tolerates water on his face. He opens his mouth in anticipation of feeding. A▮▮ expresses displeasure when clothes are pulled over his head. A▮▮ sleeps well during the night and he naps consistently during the day. He has not been introduced to pureed types of foods. He cannot support his bottle during feedings. He cannot chew textured foods. He cannot finger feed self. He does not bring toys to his mouth.

**Summary**: A▮▮ is an 18 month-old boy who was referred for Occupational therapy evaluation by his mother due to concerns regarding his muscle strength and tone as well as his grasping skills and hypersensitivity to various stimulations.

A▮▮ has deficits in sensory integration skills area of development. A▮▮ fine motor skills fall within the standard deviation of −3.60. The sum of standard score is 2; the quotient is 45. His self-help are delayed.

In addition, A▮▮ exhibits signs and symptoms of possible motor disorder listed in Clinical Clues for Motor Disorders from the NYS EIP Clinical Practice Guidelines, such as significantly decreased muscle tone in his upper body and hands. He has decreased muscle strength his upper body and hands. A▮▮ presents with decreased balance and coordination that prevents him from bringing his hands to midline.

A▮▮ does not attempt to reach or grasp toys that are placed within his reach. A▮▮ is not able to extend his arms fully while reaching for toys that are placed directly in front of him due to poor trunk control. A▮▮ is also unable to reach for toys while in supine position due to decreased muscle strength and inability to overcome the force of gravity. A▮▮ was not observed to bring hands together to the midline in an attempt to secure an object or to support his bottle during feeding.

Based on the findings of the evaluation Occupational therapy services are recommended at the present time to address A▮▮ fine motor and visual motor skills as well as delays in adaptive domains.

At the completion of the evaluation process the results of the evaluation were fully shared with and explained to the mother by the evaluator. A▮▮ mother was given opportunity to ask questions related to finding in the areas of fine motor, visual motor and self-help skills. A▮▮ mother was also consulted on proper position techniques and handling methods. The mother verbalized good understanding of the results of the evaluation. His mother indicated that the evaluation performed addressed her concerns about her child.



*All About Development, LLC*
*68-60 Austin Street Suite 306*
*Forest Hills, NY 11375*

**Recommendations**: based on the evaluation performed, the following recommendations have been made:

1. To improve upper body muscle tone using manual facilitation techniques.
2. To improve muscle strength in upper body by involving A▓▓ in weight bearing activities.
3. To improve fine-motor skills (reaching, grasping, transferring, bilateral hand coordination and in hand manipulation).
4. To improve self-help skills.
5. To consult parents about strategies and techniques to improve A▓▓ overall development.

I certify that I personally evaluated the above-named child employing age appropriate instruments and procedures as well as informed clinical opinion. I further certify that the findings contained in this report are an accurate representation of the child's level of functioning at the time of my assessment.

Vadim Galperin MS, OTR/L                    License No. 010147

Greisy Martires Letter

Hello my name is Greisy Martires, friend and worker of William Polanco in the factory of New Jersey Bay Personnel Inc. Since the time we worked together for about four years, William Polanco has never had any problems with anyone, always doing his work, always helping others, and new employees, never complains about work for which we have became friends outside of work because of his personality of helping others. I have noticed more about his personality and he is not a violent or problematic person and he always lives proudly talking about his children. I admire him a lot as a person and I am grateful because sometimes I do not have money for the bus and lends me for the bus. Thank you William for your friendship.



**CitiMed**
Complete Medical Care
Injury Doctors
citimed.ny.com

65-55 Woodhaven Blvd, 2nd fl, Rego Park, NY 11374
Tel: (718) 255-6615/Fax: (718) 255-1394

14 Mamaroneck Ave, 2nd fl, White Plains, NY 10601
Tel: (914) 949-5555/Fax: (914) 993-3333

JFK Airport Bldg. 14 Ste. 14A, Jamaica, NY 11430
Tel: (718) 656-1245/Fax: (718) 725-0880

2367 Westchester Ave, Bronx, NY 10462
Tel: (718) 597-2900/Fax: (718) 597-2902

910 E Gun Hill Rd, Bronx, NY 10469
Tel: (718) 882-8500/Fax: (718) 882-4400

92-18 165th Street, Jamaica, NY 11433
Tel: (718) 725-0044/ Fax: (718) 725-0880

127 East 107 Street, New York, NY 10029
Tel: (212) 534-1500/Fax: (212) 860-8538

1963 Grand Concourse, 2nd fl, Bronx, NY 10453
Tel: (718) 466-4600/Fax: (718) 466-1100

55 Green Ave. Suite LLB, Brooklyn, NY 11238
Tel: (718) 398-7777/ Fax: (718)399-7777

100-05 Roosevelt Ave. Suite 102, Corona, NY 11368
Tel: (718) 446-0002/Fax: (718) 898-3632

JFK Airport Bldg. 75 Ste. 247-249, Jamaica, NY 11430
Tel: (718) 656-9500/ Fax: (718) 656-9503

Patient: Polanco, Williams
Date: 11/13/2018
D.O.A: 11/05/2018

To Whom It May Concern:

Please be advised that Mr. Polanco, Williams is being treated at this facility for injuries suffered on 11/05/2018. Mr. Polanco, Williams was evaluated on 11/13/2018 and was found unable to return to work until his next re- evaluation on 12/11/2018.

If there are, any inquiries please feel free to contact the number above.

Sincerely;

**Lulenesh Belayneh, MD.**
**Board Certified Physical Medicine & Rehabilitation Specialist**

CitiMedical I, PLLC
1963 Grand Concourse, 2nd Fl
Bronx, NY 10453

1



65-55 Woodhaven Blvd, 2ⁿᵈ fl, Rego Park, NY 11374
Tel: (718) 255-6615/Fax: (718) 255-1394

14 Mamaroneck Ave, 2ⁿᵈ fl, White Plains, NY 10601
Tel: (914) 949-5555/Fax: (914) 993-3333

JFK Airport Bldg. 14 Ste. 14A, Jamaica, NY 11430
Tel: (718) 656-1245/Fax: (718) 725-0880

2367 Westchester Ave, Bronx, NY 10462
Tel: (718) 597-2900/Fax: (718) 597-2902

910 E Gun Hill Rd, Bronx, NY 10469
Tel: (718) 882-8500/Fax: (718) 882-4400

92-18 165ᵗʰ Street, Jamaica, NY 11433
Tel: (718) 725-0044/ Fax: (718) 725-0880

127 East 107 Street, New York, NY 10029
Tel: (212) 534-1500/Fax: (212) 860-8538

1963 Grand Concourse, 2ⁿᵈ fl, Bronx, NY 10453
Tel: (718) 466-4600/Fax: (718) 466-1100

55 Green Ave. Suite LLB, Brooklyn, NY 11238
Tel: (718) 398-7777/ Fax: (718)399-7777

100-05 Roosevelt Ave. Suite 102, Corona, NY 11368
Tel: (718) 446-0002/Fax: (718) 898-3632

JFK Airport Bldg. 75 Ste. 247-249, Jamaica, NY 11430
Tel: (718) 656-9500/ Fax: (718) 656-9503

**Patient Name:** POLANCO, WILLIAMS
**Date:** 06/20/19
**D.O.A:** 11/05/2018

To whom it may concern;

Please be advised that Mr. WILLIAMS Polanco is being treated at this facility for injuries suffered on 11/05/18. Mr. WILLIAMS Polanco is pending for a left shoulder surgery tentative day 06/26/19 base on his clearance. There is tendinosis of the supraspinatus and infraspinatus tendon, fluid around the biceps tendon within its groove and an anterior labral tear. This is an arthroscopic procedure to he left shoulder.

For any questions regarding this matter please contact us at the number below.

Sincerely,
CitiMedical I, PLLC
1963 Grand Concourse 2nd FL
Bronx, NY 10453

Citimedical I, PLLC

1