UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

WILLIAM POLANCO,
                   Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/26/19

18 cr 434-07 (JGK)

In sentencing the defendant, William Polanco, the Court informed the parties that it would add a condition of supervised release requested by the defendant, that included vocational training and college-level courses. The Court, in announcing the sentence, did not include that provision.

The Court will add the vocational training and college-level courses provision to the terms of supervised release in the judgment. The parties shall inform the Court, by **July 29, 2019,** if there are any objections.

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       July 26, 2019