UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                            18 cr 434-07 (JGK)

        -against-

WILLIAM POLANCO,
                Defendant.
-------------------------------------------------------------X

        A conference will be held on **Monday, September 23, 2019, at 11:00am** regarding the defendant Williams Polanco's application to extend his surrender date.

**SO ORDERED.**

                                                                             **JOHN G. KOELTL**
                                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          September 18, 2019

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/2019
```