**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────

**UNITED STATES OF AMERICA**

                                        **18-cr-434-7 (JGK)**

      - against -

                                        **ORDER**

**WILLIAM POLANCO,**

           **Defendant.**
───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The defendant seeks to make an application for compassionate release. That is a continuation of defense counsel's prior representation. If Mr. Cohen can no longer represent the defendant and if the defendant qualifies for the appointment of CJA counsel, the Court will appoint CJA counsel. Mr. Cohen should advise the Court promptly, no later than **June 4, 2020,** whether he will continue to represent the defendant in connection with the application for compassionate release.

**SO ORDERED.**

**Dated:**    **New York, New York**
              **May 29, 2020**                   /s/ John G. Koeltl
                                                        **John G. Koeltl**
                                        **United States District Judge**