**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────

**UNITED STATES OF AMERICA**

            - against -

**WILLIAM POLANCO,**

                    Defendant.
────────────────────────────────

**18-cr-434-7 (JGK)**

<u>**ORDER**</u>

**JOHN G. KOELTL, District Judge:**

    The Court will appoint CJA counsel to represent the defendant for the purpose of seeking compassionate release.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **June 2, 2020**

                                          /s/ John G. Koeltl
                                          **John G. Koeltl**
                              **United States District Judge**