UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

WILLIAM POLANCO,

Defendant.

Order of Restitution

18 Cr. 434 (JGK)

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Jacob R. Fiddelman, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count Two of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** WILLIAM POLANCO, the Defendant, shall pay restitution in the total amount of $1,308,976.09 to the victim of the offense charged in Count Two. The name, address, and specific amount owed to the victim is set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of co-defendants ALBANELLY RAMIREZ (up to $1,308,976.09), LENIN GUZMAN-HIDALGO (up to $177,787.09), and ANA VIANELY MOLINA (up to $177,787.09) under docket number 18 Cr. 434 (JGK), should he/she be convicted and ordered to make restitution for the offenses in this matter. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered

03.14.2019

herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and listed co-defendants in this matter.

Dated: New York, New York

7/12/19

_____
HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE